# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

138154

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ATLANTIC XXXI, L.L.C.,
      Plaintiff-Appellant,

v

                              SC: 138154
                              COA: 278104

ART MIDWEST L.P., ART MIDWEST, INC.,     Oakland CC: 2003-053566-CK
AMERICAN REALTY INVESTORS, INC. and
BASIC CAPITAL MANAGEMENT, INC.,
      Defendants,
and

AMERICAN REALTY TRUST, INC.,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

0420

_____
Clerk